IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| EDWARD J. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-810-ST |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Tim Wilborn
19093 S. Beavercreek Road, PMB #314
Oregon City, Oregon  97045

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Britannia I. Hobbs
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon  97204

Page 1 - JUDGMENT

Daphne Banay
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S  901
Seattle, Washington  98104-7075

     Attorneys for Defendant


KING, Judge:

By Order issued July 15, 2008, this court ADOPTED the Findings and Recommendation

of Magistrate Stewart.  Based on the record, IT IS ORDERED AND ADJUDGED that the

decision of the Commissioner is AFFIRMED.

     Dated this _____15th_____ day of July, 2008.


          _/s/ Garr M. King_____
          Garr M. King
          United States District Judge